# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1545

_____

AMY BETH CUCCO,

   Petitioner,

v.

STATE OF FLORIDA,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 11, 2019

PER CURIAM.

   DISMISSED.   *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Amy Beth Cucco, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.